UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

MICHAEL I. FORBES,

        Debtor.

Case No. 08-13177

**ORDER TO REOPEN CASE,
AND FOR ORDER MODIFYING PERMANENT INJUNCTION**

UPON the Motion of Megan Hunt, a party in interest.

IT IS ORDERED, that the above captioned case is reopened for the limited purpose of modifying the injunction imposed under § 524(a) so as to allow the Movant to proceed in Central District of Illinois case number 07-1095, against parties other than Mr. Forbes, which claims are based upon Mr. Forbes' conduct. Mr. Forbes may remain a named defendant; but no action may be taken to collect or recover from Mr. Forbes. After entry of this Order, this case shall be deemed closed.

###