UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

MICHAEL I. FORBES,

        Debtor,

Case No: 08-13177

### ORDER TO REOPEN CASE,
### AND FOR ORDER MODIFYING PERMANENT INJUNCTION

Upon the Motion of Megan Hunt, a party in interest,

IT IS ORDERED, that the above captioned case is reopened for the limited purpose of modifying the injunction imposed under § 524(a) so as to allow the Movant to proceed in Central District of Illinois case number 07-1095, so as to assert liability against parties other than Mr. Forbes, which liability and claims thereon are based upon Mr. Forbes' conduct and his liability therefor.  Mr. Forbes may remain a named defendant for the determination of such liability on the part of the parties other than Mr. Forbes; but no action may be taken to collect or recover from Mr. Forbes or from his assets.  After entry of this Order, this case shall be deemed closed.

###

1